### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 14-cv-03011-REB-MJW

HAWG TOOLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

NEWSO INTERNATIONAL ENERGY SERVICES, INC., aka NEWSCO INTERATIONAL ENERGY SERVICES USA, INC., aka NEWSCO DIRECTIONAL & HORIZONTAL SERVICES, INC., aka NEWSCO USA, INC., and
JOE FICKEN, an individual,

    Defendants.

## ORDER DENYING AS MOOT MOTION TO DISMISS

**Blackburn, J.**

The matter before me is **Defendants' Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and (6)** [#24],[1] filed November 26, 2014.[2] After the motion was filed plaintiff filed an **Amended Complaint** [#36], filed December 22, 2014. **See FED. R. CIV. P.** 15(a)(1)(B). The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint. **See Griggs v. Jornayvaz**, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); **United States ex rel. Babb v. Northrop Grumman Corp.**, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). Therefore, the currently pending motion to dismiss will be denied without prejudice.

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] With the consent of the magistrate judge, the extant **Order of Reference** [#26], filed November 26, 2014, of this motion is withdrawn.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order of Reference** [#26], filed November 26, 2014, is **WITHDRAWN**; and

2. That **Defendants' Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and (6)** [#24], filed November 26, 2014, is **DENIED WITHOUT PREJUDICE** as moot.

Dated December 23, 2014, at Denver, Colorado.

                          **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge