IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03011-REB-MJW

HAWG TOOLS, LLC, a Colorado limited liability company,

Plaintiff,

v.

NEWSO INTERNATIONAL ENERGY SERVICES, INC.,
aka NEWSCO INTERATIONAL ENERGY SERVICES USA, INC.,
aka NEWSCO DIRECTIONAL & HORIZONTAL SERVICES, INC.,
aka NEWSCO USA, INC., and
JOE FICKEN, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff Hawg Tools, LLC's Motion for Leave to File Sur-Response to Defendants' Fed.R.Civ.P. 12(b)(2) and (6) Motion to Dismiss (**Docket No. 53**) is **GRANTED**;

- Plaintiff's proposed sur-response (Docket Nos. 53-1, 53-2, and 53-3) is **ACCEPTED FOR FILING**; and

- Defendants may file a sur-reply if they wish, no later than February 6, 2015; any such sur-reply shall not exceed three pages and shall not address any matter other than the matter addressed in Plaintiff's sur-response.

Date: January 28, 2015