**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03011-REB-MJW

HAWG TOOLS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

NEWSCO INTERNATIONAL ENERGY SERVICES, INC.,
a/k/a Newsco International Energy Services USA, Inc.,
a/k/a Newsco Directional & Horizontal Services, Inc.,
a/k/a Newsco USA, Inc., and
JOE FICKEN, an individual,

    Defendants.

---

**MINUTE ORDER**[1]

---

    This matter is before me on the parties' **Unopposed Motion To Clarify Trial Date and Amend Trial Preparation Conference Order (Doc. #33)** [#57],[2] filed February 3, 2015. Having considered the motion, and being adequately advised of the premises, the court finds and concludes that the motion is well-taken and should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. the parties' **Unopposed Motion To Clarify Trial Date and Amend Trial Preparation Conference Order (Doc. #33)** [#57], filed February 3, 2015, is **GRANTED**;

    2. That the **Trial Preparation Conference Order** [#33], filed December 17, 2014, is **AMENDED** at page 4, ¶ 3 to provide:

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

"3. That the court reserves **five (5)** days for trial:

- Monday, November 30, 2015, through Thursday, December 3, 2015; and
- Monday, December 7, 2015."

Dated: February 3, 2015.